**STATE of Missouri, Respondent,**

v.

**Jeffrey Clyde ENNIS, Appellant.**

**Nos. WD 52464, WD 53866.**

Missouri Court of Appeals,
Western District.

Dec. 9, 1997.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Jan. 27, 1998.

A. Renae Adamson, Asst. Public Defender,
Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Daniel G. Cierpiot, Asst. Atty. Gen., Jefferson
City, for respondent.

Before SMART, P.J., and LOWENSTEIN
and LAURA DENVIR STITH, JJ.

PER CURIAM.

A jury found appellant guilty of second
degree assault, armed criminal action, first
degree burglary, second degree burglary,
and first degree tampering. His appeal
claims trial court error because of irrelevant
evidence, and under Rule 29.15, ineffective
assistance of counsel for failure to object to
an alleged improper verdict returned by the
jury.

Judgments affirmed. Rules 30.25(b) and
84.16(b).